FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOLA GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | No. 2:20-CV-00189-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 119. Plaintiff is represented by Calvin Vance. Defendant is represented by Robert May.

    The parties ask the Court to dismiss the above-captioned case with prejudice and without attorneys' fees or costs to any party.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 119, is **GRANTED**.

2. Pursuant to the parties' Stipulation, ECF No. 119, all claims asserted by Plaintiff against Defendant are **dismissed** with prejudice and without attorneys' fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 16th day of November 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 2**